JUNE 9, 1986

No. 84–623.   CINCINNATI BELL TELEPHONE CO. *v.* PUBLIC UTILITIES COMMISSION OF OHIO ET AL.   Appeal from Sup. Ct. Ohio.   Motion of GTE Service Corp. for leave to file a brief as *amicus curiae* granted.   Appeal dismissed for want of substantial federal question.   JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this case.

No. 84–870.   LOUISIANA PUBLIC SERVICE COMMISSION ET AL. *v.* SOUTH CENTRAL BELL TELEPHONE CO.   Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Public Service Comm'n* v. *Chesapeake & Potomac Tel. Co.*, *ante*, p. 445.   JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 85–132.   HEMME ET AL. *v.* UNITED STATES ET AL.   Appeal from D. C. S. D. Ill. dismissed for want of jurisdiction.

No. 85–1644.   BRIEHLER *v.* POSEIDON VENTURE, INC., ET AL. Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6727.   VALWAY ET AL. *v.* BURLINGAME.   Appeal from Sup. Ct. N. H. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1689.   GINOCCHI *v.* BURRELL SCHOOL DISTRICT.   Appeal from Pa. Commw. Ct. dismissed for want of substantial federal question.

No. 85–6742.   JOHNSTON *v.* PERROTT.   Appeal from Sup. Ct. Vt. dismissed for want of a properly presented federal question.